IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JESSIE JAMES COPELAND, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL NO. 2:17-CV-00168 |
| | § | |
| LORIE DAVIS, | § | |
| | § | |
| Respondent. | § | |

# ORDER

The Court is in receipt of Petitioner's May 17, 2017, request for habeas relief, Dkt. No. 1, and Respondent's August 31, 2017, Motion for Summary Judgment, Dkt. No. 11. In her January 2, 2018, Memorandum and Recommendation ("M&R"), the Magistrate Judge to whom this case was referred pursuant to 28 U.S.C. § 636(b) concluded that Petitioner (1) failed to exhaust his state court remedies, (2) failed to state a claim for habeas corpus relief because Petitioner has no constitutional right to release on parole, and (3) has not made the necessary showing for the issuance of a certificate of appealability ("COA"). Dkt. No. 12 at 4–8. The deadline to file objections to the M&R has passed, and the docket sheet shows that no objections have been filed. *See* 28 U.S.C. § 636(b)(1) (setting a 14-day deadline to file objections); FED. R. CIV. P. 72(b)(2) (same); *see also* Dkt. No. 12 at 9 (advising parties of the 14-day deadline).

After independently reviewing the record and considering the applicable law, the Court adopts the proposed M&R in its entirety. The Court hereby **GRANTS** Respondent's Motion for Summary Judgment. Dkt. No. 11. Accordingly, the Court **DENIES** Petitioner's request for a writ of habeas corpus. Dkt. No. 1. The Court further **DENIES** Petitioner a COA. The Court will order entry of final judgment separately.

SIGNED this 31st day of January, 2018.

_____
Hilda Tagle
Senior United States District Judge